Certificate Number: 05781-PAE-DE-028238931

Bankruptcy Case Number: 13-11826



05781-PAE-DE-028238931

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 20, 2016</u>, at <u>1:41</u> o'clock <u>PM PDT</u>, <u>Velvia Gilchrist</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   October 20, 2016         By:   /s/Allison M Geving

                                 Name: Allison M Geving

                                 Title: President